IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

No. 1:23-cv-1070

| | |
|---|---|
| ALEXIS MINTZ, Individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| SUMMIT CREDIT UNION, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR PRELIMINARY CERTIFICATION OF CLASS FOR SETTLEMENT PURPOSES**

Plaintiff respectfully moves this Honorable Court pursuant to 29 U.S.C. §216(b) and Fed. R. Civ. P. 23 for an Order granting her Unopposed Motion for Preliminary Approval of Class Action Settlement and Preliminary Certification of Class for Settlement Purposes. This motion is based on all the files, records, and proceedings herein, and is supported by the attached brief in support, as well as the Settlement Agreement and exhibits and Declaration of attorney Nicholas Conlon, both filed herewith.

Dated: February 19, 2025           Respectfully submitted,

                                   s/ *Nicholas Conlon*
                                   Nicholas Conlon
                                   BROWN, LLC
                                   111 Town Square Place, Suite 400
                                   Jersey City, NJ 07310

1

T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

Brian L. Kinsley
COX, STANSBERRY & KINSLEY
2024 Main Street, SW Suite B
Cullman, Alabama 35056
Phone: 205-870-1205
Fax: 205-870-1252
blkinsley@cskattorneys.com

*Local Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing document on ECF, causing electronic notification of same to all counsel of record.

Dated: February 19, 2025

s/ *Nicholas Conlon*
Nicholas Conlon