IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

No. 1:23-cv-1070

| | |
|---|---|
| ALEXIS MINTZ, Individually and on behalf of all other similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUMMIT CREDIT UNION, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF COLLECTIVE AND CLASS ACTION SETTLEMENT AND APPROVAL OF ATTORNEYS' FEES, LITIGATION AND ADMINISTRATIVE COSTS, AND SERVICE AWARD**

Plaintiff Alexis Mintz, individually and on behalf of all other similarly situated employees, moves for final approval of the collective and class action settlement reached in this action. *See* Joint Stipulation of Settlement, Doc. 37 (the "Settlement").

In support of the instant Motion, Plaintiff files a supporting Brief along with the following declarations:

- Declaration of Nicholas Conlon ("Conlon Decl."), with Exhibit 1 – Firm Resume; and

- Declaration of Ryan McNamee of Apex Class Action, LLC ("McNamee Decl.").

For the reasons described more fully therein, the Settlement is fair, reasonable, and adequate. Plaintiff respectfully requests that the Court (1) approve the Settlement

1

pursuant to Fed. R. Civ. P. 23(e) and 29 U.S.C. § 216(b); (2) certify the Settlement Collective and Settlement Class pursuant to 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23(a) and (b)(3); and (3) approve the payment of attorneys' fees, litigation and administrative costs, and the $5,000 service award to Plaintiff from the Settlement Fund.

Dated: August 18, 2025

Respectfully submitted,

s/ *Nicholas Conlon*
Nicholas Conlon
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
T: (877) 561-0000
F: (855) 582-5297
nicholasconlon@jtblawgroup.com

*Lead Counsel for Plaintiff*

s/ *Brian L. Kinsley*
Brian L. Kinsley
COX, STANSBERRY & KINSLEY
2024 Main Street, SW Suite B
Cullman, Alabama 35056
Phone: 205-870-1205
Fax: 205-870-1252
blkinsley@cskattorneys.com

*Local Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing document on ECF, causing electronic notification of same to all counsel of record.

Dated: August 18, 2025

s/ *Nicholas Conlon*

Nicholas Conlon